# IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| VALHALLA PARTNERS II, L.P., | § | |
| JAMES J. PALLOTTA, GREAT | § | |
| OAKS VENTURE FUND LP | § | No. 65, 2025 |
| SCOTT BECKER, ADVANCIT | § | |
| CAPITAL I, LP, ENIAC | § | Court Below—Court of Chancery |
| VENTURES, L.P., DFJ MERCURY | § | of the State of Delaware |
| II, L.P., DFJ MERCURY II | § | |
| AFFILIATES FUND, L.P., | § | C.A. No. 2019-0202 |
| OCCAM'S RAZOR, LLC, | § | |
| GORDON SU, BRENT BUTIN, | § | |
| OCEAN ASSETS LLC, DRAPER | § | |
| ASSOCIATES RISKMASTERS | § | |
| III, LLC, and ROBERT HORWITZ, | § | |
| | § | |
| Plaintiffs Below, | § | |
| Appellants, | § | |
| | § | |
| v. | § | |
| | § | |
| VISTAR MEDIA, INC., | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: September 10, 2025
Decided: October 3, 2025

Before **SEITZ**, Chief Justice; **TRAYNOR** and **GRIFFITHS**, Justices.

## **ORDER**

This 3rd day of October, 2025, after consideration of the argument of counsel,

the parties' briefs, and the record on appeal, it appears to the Court that the judgment

of the Court of Chancery should be affirmed on the basis of and for the reasons stated

in its December 9, 2024 Memorandum Opinion and January 17, 2025 Letter Opinion.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery be AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice